IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALBERT E. PERCY and CARL EVANS,          No. 3:17-cv-01216-YY

            Plaintiffs,          ORDER

    v.

MULTNOMAH COUNTY OREGON,
DEBORAY KAFOURY, JANE DOE, and
JOHN DOE,
            Defendants.

HERNÁNDEZ, District Judge:

    Magistrate Judge You issued a Findings and Recommendation [6] on November 29, 2017, in which she recommends that the Court dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve Defendants. This matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court adopts Magistrate Judge You's Findings and Recommendation [6]. Accordingly, this case is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this 12 day of January, 2018.

/s/ Marco Hernández
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER