IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALBERT E. PERCY and CARL EVANS,

        Plaintiffs,

   v.

MULTNOMAH COUNTY OREGON,
DEBORAY KAFOURY, JANE DOE, and
JOHN DOE,

        Defendants.
.

No. 3:17-cv-01216-YY

JUDGMENT

HERNÁNDEZ, District Judge:

    Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice. Pending motions, if any, are denied as moot.

    DATED this \_\_\_\_12\_\_\_\_ day of January, 2018.

                                                      /s/ Marco Hernández
                                                  MARCO A. HERNÁNDEZ
                                                  United States District Judge

1 - JUDGMENT